David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird*

*Pro hac vice forthcoming*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State,<br><br>Defendant. | Case No. 3:25-cv-00728-ART-CLB<br><br>**PROPOSED INTERVENOR-DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL** |

Pursuant to Local Rule IA 11-1(b)(2), notice is hereby given that David R. Fox (NV Bar

No. 16536), is appearing under Local Rule IA 11-1(b)(1), and hereby associates with Bradley S.

NOTICE FILED PURSUANT TO LOCAL RULE IA 11-1(B)(2)

Schrager (NV Bar No. 10217) and Daniel Bravo (NV Bar No. 13078) of the law firm of Bravo Schrager LLP, which maintains an office at 6675 South Tenaya Way, Suite 200, Las Vegas, NV 89113.

Dated: December 16, 2025

Respectfully submitted,

**BRAVO SCHRAGER LLP**

By: */s/ Daniel Bravo*

David R. Fox (NV Bar No. 16536)
Julianna D. Astarita (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-017
F: (206) 656-0180

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Proposed Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird*

*Pro hac vice forthcoming

NOTICE FILED PURSUANT TO LOCAL RULE IA 11-1(B)(2)

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2025 a true and correct copy of the foregoing Notice Filed Pursuant to Local Rule IA 11-1(b)(2) was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Daniel Bravo*
Daniel Bravo