AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:25-CV-728 |
| FRANCISCO V. AGUILAR, in his official capacity as Secretary of State for the State of NEVADA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRANCISCO V. AGUILAR,
Secretary of State of the State of Nevada
101 North Carson Street, Suite 3
Carson City, NV  89701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES T. TUCKER
BRITTANY E. BENNETT
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.1132
Washington, D.C.  20002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  December 30, 2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk