SADMIRA RAMIC
Nevada Bar No. 15984
CHRISTOPHER M. PETERSON
Nevada Bar No. 13932
AMERICAN CIVIL LIBERTIES
UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1902
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
 peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
 whughes@aclu.org
 tlee@aclu.org
 slakin@aclu.org

* *application for admission pro hac vice forthcoming*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada,<br><br>    Defendant. | Case No. 3:25-cv-00728-ART-CLB<br><br>**PROPOSED INTERVENOR-DEFENDANTS ACLU OF NEVADA AND YONAS WOLDU CERTIFICATE OF INTERESTED PARTIES** |

1

Pursuant to LR 7.1-1, the undersigned attorneys of record for Proposed Intervenor-Defendants ACLU of Nevada and Yonas Woldu, certify that there are no known interested parties other than those participating in the case that have a direct, pecuniary interest in the outcome of the case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: December 30, 2025.

Respectfully submitted,

 /s/ Sadmira Ramic

| | |
|---|---|
| JONATHAN TOPAZ* | SADMIRA RAMIC |
| New York Bar No. 5671151 | Nevada Bar No. 15984 |
| WILL HUGHES* | CHRISTOPHER M. PETERSON |
| New York Bar No. 5867346 | Nevada Bar No. 13932 |
| THERESA J. LEE* | AMERICAN CIVIL LIBERTIES |
| New York Bar No. 5022769 | UNION OF NEVADA |
| SOPHIA LIN LAKIN* | 4362 W. Cheyenne Ave. |
| New York Bar No. 5182076 | North Las Vegas, NV 89032 |
| AMERICAN CIVIL LIBERTIES | Telephone: (702) 366-1902 |
| UNION FOUNDATION | Facsimile: (702) 718-3213 |
| 125 Broad Street, 18th Floor | Emails: ramic@aclunv.org |
| New York, NY 10004 | peterson@aclunv.org |
| Telephone: (212) 549-2500 | |
| Emails: jtopaz@aclu.org | |
| whughes@aclu.org | |
| tlee@aclu.org | |
| slakin@aclu.org | |

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused a true and correct copy of the foregoing Certificate of Interested Parties to be electronically filed and served to all parties of record via the Court's CM/ECF e-filing system to all parties listed on the e-service master list.

    */s/ Suzanne Lara*
An Employee of American Civil Liberties Union Of Nevada