SADMIRA RAMIC, ESQ. (15984)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

* *application for admission pro hac vice forthcoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada,<br><br>    Defendant. | Case No. 3:25-cv-728<br><br>**PROPOSED INTERVENORS' THE ACLU OF NEVADA AND YONAS WOLDU MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES** |

Proposed Intervenors ACLU of Nevada and Yonas Woldu hereby file this motion for leave to file supplemental authorities relevant to the Court's consideration of Proposed Intervenors' pending motion to intervene [ECF No. 5]. LR 7-2(g). Decisions in three relevant cases were all published after the motion was filed on December 14, 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to grant the motion. Yesterday, three federal courts granted intervention to non-partisan organizations and voters who sought to intervene in similar lawsuits to protect their own or their members' voter registration data from disclosure to the U.S. Department of Justice. *See* Minute Order, *United States v. Simon*, No. 25-cv-3761 (D. Minn. Jan. 6, 2026), Dkt. No. 90 (granting permissive intervention to Common Cause, League of Women Voters Minnesota and two voters); Minute Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Jan. 6, 2026) (granting intervention as of right to Common Cause and three voters); *United States v. Galvin*, No. 25-cv-13816 (D. Mass. Jan. 6, 2026), ECF No. 30 (granting intervention to Massachusetts Alliance for Retired Americans, the New England State Area Conference of the NAACP, and an individual voter). The cited decisions directly address the issues presented in Proposed Intervenors' motion to intervene.

Proposed Intervenors attach the *Simon* order as Exhibit 1; the *Amore* docket text entry as Exhibit 2; and the *Galvin* docket text entry as Exhibit 3.

Dated: January 7, 2026.

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

 /s/Sadmira Ramic
SADMIRA RAMIC (15984)
CHRISTOPHER M. PETERSON (13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

*application for admission pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PROPOSED INTERVENORS' THE ACLU OF NEVADA AND YONAS WOLDU MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES** with the Clerk of the Court for the United States District Court of Nevada by using the court's CM/ECF system on January 7, 2026. I further certify that on January 7, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record and by email on counsel for the United States and Secretary Aguilar.

*/s/ Suzanne Lara*
ACLU of Nevada Employee