**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:25-cv-00728 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Francisco Aguilar, in his official capacity of Secretary of State of Nevada | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Francisco Aguilar, Nevada Secretary of State

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 North Carson Street, Suite 3, Carson City, NV 89701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Brittany Bennett
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Rm. 8-141, Washington, D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Alternative Office address: 1 State of Nevada Way
Las Vegas, NV 89119

Signature of Attorney other Originator requesting service on behalf of:
*Brittany Bennett*   ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: (202) 307-2767
DATE: 12/12/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 048 | District to Serve No. 048 | Signature of Authorized USMS Deputy or Clerk | Date 31 DEC 2025 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Patricia Villanueva

Address *(complete only different than shown above)*: 1 State of Nevada Way, Las Vegas, NV 89119

Date: 1-6-2026   Time: 9:38 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS: Served to Patricia Villanueva at the front lobby desk.

Form USM-285
Rev. 03/21