**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:25-cv-~~0078~~ 728 |
| DEFENDANT | TYPE OF PROCESS |
| Aaron D. Ford, in his official capacity of Attorney General of Nevada | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hon. Aaron Ford, Nevada Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 State of Nevada Way, Suite 100, Las Vegas, NV 89119

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany Bennett
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Rm. 8-141, Washington, D.C. 20002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Brittany Bennett*
TELEPHONE NUMBER: (202) 307-2767
DATE: 12/12/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 048
District to Serve: No. 048
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 31 DEC 2025

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 1/7/26   Time: 10:55 [X] am [ ] pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

REMARKS: First Endeaver Process to be served at Carson City 100 N. Carson Street, 1/7/2026 - Served @ 101 N. Carson St. Suite 3. Carson City, NV. Received by Christine Rakow, (Admin 3) @ 10:55AM. 1 DUSM Hour, 60 miles. Summons issued for Francisco V. Aguilar (Secretary of the State of Nevada).

Form USM-285
Rev. 03/21