HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square, Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Sigal.Chattah@usdoj.gov


Attorneys for Plaintiff, UNITED STATES OF AMERICA

1
2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

3
4

UNITED STATES OF AMERICA

5

Plaintiff,

6
7

v.

8

9
10
11

FRANCISCO V. AGUILAR, in his
Official Capacity as Secretary of State
for the State of Nevada,

12

Defendant.

13

CASE NO: 3:25-cv-00728

NOTICE OF NO POSITION ON
ACLU OF NEVADA AND YONAS
WOLDU'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL
AUTHORITIES DOC. 20

14

15
16

## NOTICE OF NO POSITION ON ACLU OF NEVADA AND YONAS WOLDU'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES DOC. 20

17
18
19
20

On January 7, 2026, Proposed Intervenors ACLU of Nevada and Yonas Woldu ("Proposed Intervenors") filed their Motion for Leave to File Supplemental Authorities, Doc. 20.

21
22

The United States notifies the Court that it takes no position on the Proposed Intervenors' Motion for Leave to File Supplemental Authorities, Doc. 20.

23
24
25
26
27
28

2

1   DATED: January 21, 2026.                    Respectfully submitted,

2

3                                               HARMEET K. DHILLON
                                                Assistant Attorney General
4                                               Civil Rights Division

5

6                                               /s/  *Brittany E. Bennett*
7                                               ERIC V. NEFF
                                                Acting Chief, Voting Section
8                                               BRITTANY E. BENNETT
9                                               Trial Attorney, Voting Section
                                                Civil Rights Division
10                                              U.S. Department of Justice
11                                              4 Constitution Square
                                                150 M Street NE, Room 8.141
12                                              Washington, D.C. 20002
13                                              Telephone: (202) 704-5430
                                                Email: brittany.bennett@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
**<u>CERTIFICATE OF SERVICE</u>**

3
     I hereby certify that on January 21, 2026, a true and correct copy of the

4
foregoing document was served via the Court's ECF system to all counsel of record.

5

6
                                           /s/ *Brittany E. Bennett*

7
                                         Brittany E. Bennett

8
                                         Trial Attorney, Voting Section

9
                                         Civil Rights Division

10
                                         U.S. Department of Justice

11
                                         4 Constitution Square

12
                                         150 M Street NE, Room 8.141

13
                                         Washington, D.C. 20002

14
                                         Telephone: (202) 704-5430

15
                                         Email: brittany.bennett@usdoj.gov

16

17

18

19

20

21

22

23

24

25

26

27

28

4