UNITED STATES DISTRICT COURT

**United States of America,**
        Plaintiff(s),
   VS.

**Francisco Aguilar as Secretary of State of Nevada,**
        Defendant(s),

CASE NO:   **3:25-cv-728**

## DECLARATION OF SERVICE

ss.:

**THOMAS CRICKON**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **Exhibit 3 for Motion for Leave, Exhibit 2 for Motion for Leave, Exhibit 1 for Motion for Leave, Index for Motion for Leave, Motion for Leave to File Supplemental Authorities, Certificate of Interested Parties, Motion to Intervene** On 1/15/2026 and served the same on 1/22/2026 at 10:33 AM by delivery and leaving a copy with:

By then and there personally delivering a true and correct copy of the documents into the hands of and leaving with **L. Stewart** whose title is **Administrator.**

Served on behalf of **Francisco Aguilar as Secretary of State for Nevada**

Service Address: **1 State of Nevada Way , Las Vegas, NV 89119-4339**

    A description of L. Stewart is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 51-55 | 5'1 - 5'6 | 121-140 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF Clark

Executed on: 1/23/2026
by THOMAS CRICKON
Registration: R-2023-05432

No notary is required per NRS 53.045

X 
THOMAS CRICKON
Registration: R-2023-05432
Reno Carson Messenger Service, Inc #211
185 Martin St.
Reno, NV 89509
(775) 322-2424
www.renocarson.com



Order#: R213963AA NVPRF411