AARON D. FORD
  Attorney General
GREGORY D. OTT (Bar No. 10590)
  Chief Deputy Attorney General
EMILY D. ESPINOSA (Bar No. 16853)
  Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
T:(775) 684-1195
F: (775) 684-1108
E: gott@ag.nv.gov
    edespinosa@ag.nv.gov

*Attorneys for Francisco Aguilar*
*in his Official Capacity as Secretary of*
*State for the State of Nevada*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada,<br><br>              Defendant. | Case No. 3:25-cv-00728-ART-CLB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

Defendants State of Nevada, ex rel. Nevada Secretary of State by and through their counsel Attorney General for the State of Nevada AARON D. FORD and Chief Deputy Attorney General GREGORY D. OTT hereby notify this court and respective parties to this action of the association of counsel of Deputy Attorney General EMILY D. ESPINOSA.

. . .

. . .

. . .

. . .

. . .

1

Ms. Espinosa is assuming responsibility for representing the Defendants Nevada Secretary of State in the above-entitled action, along with co-counsel Gregory D. Ott.

Respectfully submitted this 28th day of January 2026.

                                        AARON D. FORD
                                        Attorney General

                                        By: /s/ *Emily D. Espinosa*
                                             EMILY D. ESPINOSA
                                             Deputy Attorney General
                                        Nevada Bar No. 16853
                                        Office of the Attorney General
                                        100 N. Carson Street
                                        Carson City, Nevada 89701
                                        (775) 684-1195
                                        edespinosa@ag.nv.gov

                                        *Attorneys for Francisco Aguilar*
                                        *in his Official Capacity as Secretary of*
                                        *State for the State of Nevada*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on January 28, 2026, I filed the foregoing document ***Notice of Association of Counsel*** via this Court's electronic filing system. Parties that are registered with this Court's EFS will be served electronically.

>HARMEET K. DHILLON
>Assistant Attorney General
>Civil Rights Division
>
>ERIC NEFF
>Acting Chief, Voting Section
>Civil Rights Division
>
>BRITTANY E. BENNETT
>Trial Attorney, Voting Section
>Civil Rights Division
>
>U.S. DEPARTMENT OF JUSTICE
>4 Constitution Square
>150 M. Street, Room 8.141
>Washington, D.C. 20002
>Tel: (202) 704-5430
>Brittany.Bennett@usdoj.gov
>
>SIGAL CHATTAH
>First Assistant United States Attorney
>District of Nevada
>Nevada Bar No. 8264
>501 Las Vegas Blvd. South, Suite 1100
>Las Vegas, Nevada 89101
>(702) 388-6336
>Sigal.Chattah@usdoj.gov
>
>*Attorneys for Plaintiff, UNITED STATES OF AMERICA*

/s/ *Mark Cryer*
AG Legal Secretary

3