# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America

    Plaintiff(s),

vs.

Francisco V. Aguilar, in his Official Capacity as Secretary of State for the State of Nevada,

    Defendant(s).

Case # 3:25-CV-00728

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel Kobrin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Maryland Office of the Attorney General_____
(firm name)

with offices at _____200 Saint Paul Plaza, 20th Floor_____,
(street address)

_____Baltimore_____, _____Maryland_____, _____21136_____,
(city)    (state)    (zip code)

_____(410) 576 6472_____, _____dkobrin@oag.maryland.gov_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____The State of Maryland_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since \_\_\_\_12/14/2011\_\_\_\_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of \_Maryland\_\_\_
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| D. Md. | 09/09/2022 | 30392 |
| 4th Cir. | 07/27/2022 | N/A |
| 1st Cir. | 09/02/2025 | 1219015 |
| S. Ct. | 10/03/2016 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Maryland

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

This Notarial Act involved two-way audio/video communication technology on 02/04/2026 12:41pm EST.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Daniel Kobrin*

_____
Petitioner's signature

STATE OF <u>Maryland</u>           )
                                  )
COUNTY OF <u>Baltimore</u>        )

<u>     Daniel Kobrin     </u>, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Daniel Kobrin*

_____
Petitioner's signature

Subscribed and sworn to before me this

<u>  04  </u> day of <u>  February  </u>, <u>  2026  </u>

*Amanda J Ray*
_____
Notary Public or Clerk of Court

AMANDA J RAY
NOTARY PUBLIC
ALLEGANY
MARYLAND
MY COMMISSION EXPIRES MAR. 03, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate <u>     Todd L. Bice     </u>,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

<u>                       400 S. 7th Street, Suite 300                       </u>,
(street address)

<u>   Las Vegas   </u>, <u>  Nevada  </u>, <u>  89101  </u>,
(city)            (state)           (zip code)

<u>   702-214-2100   </u>, <u>  tlb@pisanellibice.com  </u>.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Todd L. Bice_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Daniel Kobrin, Assistant Attorney General_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4534                              tlb@pisanellibice.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of Maryland

## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fourteenth day of December, 2011,

### Daniel Michael Kobrin

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the third day of April, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this second day of February, 2026.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland