| | |
|---|---|
| HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>ROBERT J. KEENAN<br>Acting Deputy Assistant Attorney General<br>Civil Rights Division<br><br>ERIC V. NEFF<br>Acting Chief, Voting Section<br>Civil Rights Division<br><br>BRITTANY E. BENNETT<br>Trial Attorney, Voting Section<br>Civil Rights Division<br><br>JAMES T. TUCKER<br>Trial Attorney, Voting Section<br>Civil Rights Division<br>Nevada Bar No. 12507<br><br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street, Room 8.141<br>Washington, D.C. 20002<br>Telephone: (202) 704-5430<br>Brittany.Bennett@usdoj.gov<br>James.T.Tucker@usdoj.gov | TODD BLANCHE<br>Deputy Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney<br>District of Nevada<br>Nevada Bar No. 8264<br><br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101<br>(702) 388-6336<br>*Summer.Johnson@usdoj.gov* |

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada,<br><br>Defendant(s). | Case Number: 3:25-cv-00728-ART-CLB<br><br>**Motion to Admit Government Attorney** |

/ / /

/ / /

The United States of America, by and through undersigned counsel, SIGAL CHATTAH, First Assistant United States Attorney for the District of Nevada, and SUMMER A. JOHNSON, Assistant United States Attorney, hereby moves, pursuant to LR IA 11-3, for the admission of Christopher J. Gardner to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as an attorney. It is anticipated that Mr. Gardner will enter an appearance in this action on behalf of the United States.

Mr. Gardner has been a licensed attorney since October 2015 and is admitted to practice and is a member in good standing of the Bar of the Commonwealth of Virginia (VSBN 89191) and in the State of Georgia (GA Bar #163932). Mr. Garder has been employed as a Trial Attorney with the Voting Rights Section since December 2025, in Washington, D.C.

Local Rule IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is respectfully requested that an Order be issued permitting Christopher J. Gardner to practice before this Court during the period of his employment by the United States as an attorney.

Respectfully submitted this 12th day of February 2026.

TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

  /s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney


**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____