HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

JONATHON P. HAUENSCHILD
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada

SUMMER ALLEGRA JOHNSON
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South
Ste. 1100
Las Vegas, NV 89101
summer.johnson@usdoj.gov
702-388-6336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada<br><br>Defendant(s). | CASE NO:<br><br>3:25-CV-00728-ART-CLB<br><br>**PLAINTIFF'S PROPOSED SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

///

///

///

1

## 1.  Nature of Case

The United States of America filed this action pursuant to Title III of the Civil Rights Act of 1960, 52 U.S.C. §§ 20701, *et seq.*, to obtain election records, including the statewide voter registration list (SVRL) from the State of Nevada. *See* Compl., Doc. 1.

## 2.  Procedural Posture

The United States filed its Motion to Compel Production of Records and Memorandum in Support simultaneously with its Complaint on December 11, 2025. *See* Docs. 2 and 3. The Secretary filed its Response to the Motion to Compel on January 28, 2026. Doc. 43. The United States filed its Reply to the Secretary's Response on February 12, 2026. Doc. 51.

The Secretary filed his Motion to Dismiss the action on January 28, 2026. Doc. 42. The United States filed its Response to the Motion on February 11, 2026. Doc. 49. The Secretary filed his Reply to the United States' Response on February 18, 2026.

All substantive Motions are fully briefed and are thus ready for this Court's disposition.

## 3.  Discovery

The United State believes both that discovery is unnecessary and that FRCP does not apply to an action brought pursuant to Title III of the CRA. In the interest of judicial economy, though, the United States respectfully requests that the discovery provisions of the scheduling order be continued until after this Court resolves the pending substantive motions (to compel and dismiss, as stated above).

The United States made a good faith effort to confer with the Secretary's counsels but was not able to reach an agreement as of the time of this filing. Therefore, pursuant to LR 26-1, a special scheduling review is requested. The United States submits a separate proposed order granting the special scheduling order to this filing.

**4. Proposed Scheduling**

This case is ready for resolution by this Court. The United States respectfully posits that this Court can resolve the matter on the pleadings and written briefs and oral arguments are unnecessary. If this Court, however, has questions, the United States suggests a hearing scheduled sometime either the week of April 13 or the week of April 27.

**5. Conferral**

The United States made a good faith effort to confer with the Secretary's counsels. Unfortunately, as of the time of this filing, the Parties were not able to reach an agreement in time for a joint filing.

Respectfully submitted this 16th day of March, 2026.

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada

SUMMER ALLEGRA JOHNSON
Assistant United States Attorney
District of Nevada

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief
Voting Section, Civil Rights Division

/s/  Jonathon P. Hauenschild

JONATHON P. HAUENSCHILD
Trial Attorney
Voting Section, Civil Rights Division

3

4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, a true and correct copy of the foregoing document along with all attachments was served via the Court's ECF system to all counsels of record.

*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild
Trial Attorney
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov