IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff(s),<br>      v.<br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada<br><br>      Defendant(s). | CASE NO:<br><br>3:25-CV-00728-ART-CLB<br><br>**[PROPOSED] SPECIAL SCHEDULING ORDER** |

On March 16, 2026, Plaintiff, United States of America filed a Proposed Scheduling Order (Doc. \_\_\_). The substantive motions, Motion to Compel (Doc. 2) and the Motion to Dismiss (Doc. 42), are fully brief and ready for resolution by this Court.

The Court's ruling on the substantive motions will fully resolve the matter. The Court will, therefore, GRANT the United States's Special Scheduling Request and will continue the scheduling order. The Court will identify a new date after ruling on the substantive motions.

The United States suggests that the Motions can be resolved on the pleadings and written briefs but are willing to answer this Court's questions should it have any.

Therefore, the Court ORDERS as Follows:

The Scheduling Order will be continued until a later date set by the Court;

The Court will review the pleadings and briefs and issue an order if it decides it would like to schedule oral argument on this matter.

IT IS SO ORDERED

Dated _____

_____
Anne R. Traum, United States District Judge