AARON D. FORD
  Attorney General
GREGORY D. OTT (Bar No. 10590)
  Chief Deputy Attorney General
EMILY D. ESPINOSA (Bar No. 16853)
  Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
T:(775) 684-1195
F: (775) 684-1108
E: gott@ag.nv.gov
  edespinosa@ag.nv.gov

*Attorneys for Francisco Aguilar
in his Official Capacity as Secretary of
State for the State of Nevada*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cv-00728-ART-CLB |
| Plaintiff, | |
| vs. | **NEVADA SECRETARY OF STATE'S PROPOSED SCHEDULING ORDER** |
| FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada, | **ORAL ARGUMENT REQUESTED** |
| Defendants | **SPECIAL SCHEDULING REVIEW REQUESTED** |

## I.    NATURE OF THE CASE

The United States of America filed this action pursuant to Title III of the Civil Rights Act of 1960, 52 U.S.C. §§ 20701, *et seq.*, ("CRA") to obtain election records, including the statewide voter registration list ("SVRL") from the State of Nevada.  *See* Compl., ECF 1. The Secretary opposes the action as described below.

## II.    PROCEDURAL POSTURE

The United States filed its Motion to Compel Production of Records and Memorandum in Support simultaneously with its Complaint on December 11, 2025.  *See* ECF 2 and 3.  The Secretary filed its Response to the Motion to Compel on January 28,

1

2026.  ECF 43.  The United States filed its Reply to the Secretary's Response on February 12, 2026.  ECF 51.

The Secretary filed his Motion to Dismiss the action on January 28, 2026.  ECF 42. The United States filed its Response to the Motion on February 11, 2026.  ECF 49.  The Secretary filed his Reply to the United States' Response on February 18, 2026. ECF 55

The Parties agree that all substantive Motions are fully briefed.  While the United States urges for this Court to not proceed to oral argument, the Secretary respectfully requests this Court schedule a hearing on the arguments.

**III.   DISCOVERY**

The United States argues that discovery is unnecessary, consistent with their position that a decision by this Court on the pending substantive motions would resolve the matter entirely.  While the United States is of the position that the Federal Rules of Civil Procedure ("FRCP") do not apply to an action brought pursuant to Title III of the CRA, the Secretary disagrees with this position.  As set out in the Secretary's papers, the Secretary believes the FRCP apply, including with respect to discovery, summary judgment proceedings, and trial.  Accordingly, if the Secretary's pending Motion to Dismiss pursuant to FRCP 12 is not granted, the Secretary intends to pursue discovery under the FRCP into the United States' purpose for requesting the information sought, as well as its compliance with federal laws for the requested information.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## IV.    PROPOSED SCHEDULING

As indicated in the Plaintiff's Proposed Scheduling Order, ECF 60, the Parties agree that briefing on the Motions is complete.  While the United States posits that this Court can resolve the matter on the pleadings and written briefs, the Secretary disagrees, and respectfully requests this Court to schedule oral arguments on the matter within the timeframe proposed by the United States, either the week of April 13 or the week of April 27.  If the Court denies the Secretary's Motion to Dismiss, the Secretary proposes a further meet and confer process with the United States to discuss discovery, summary judgment, and trial timelines.

Respectfully submitted this 18th day of March 2026.

AARON D. FORD
Attorney General

By: /s/ *Emily D. Espinosa*
    EMILY D. ESPINOSA
     Deputy Attorney General
    Nevada Bar No. 16853
    Office of the Attorney General
    100 N. Carson Street
    Carson City, Nevada 89701
    (775) 684-1195
    edespinosa@ag.nv.gov

*Attorneys for Francisco Aguilar*
*in his Official Capacity as Secretary of*
*State for the State of Nevada*

3

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on March 18, 2026, I filed the foregoing document ***Nevada Secretary of State's Proposed Scheduling Order*** via this Court's electronic filing system. Parties that are registered with this Court's EFS will be served electronically.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

U.S. DEPARTMENT OF JUSTICE
4 Constitution Square
150 M. Street, Room 8.141
Washington, D.C. 20002
Tel: (202) 704-5430
Brittany.Bennett@usdoj.gov

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Sigal.Chattah@usdoj.gov

*Attorneys for Plaintiff, UNITED STATES OF AMERICA*

/s/ *Mark Cryer*
AG Legal Secretary

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | NUMBER OF PAGES |
|---------|-------------|-----------------|
| A. | (Proposed) Special Scheduling Order | 2 |