**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-CV-00728-ART-CLB |
| Plaintiff, | **ORDER DENYING PROPOSED DISCOVERY PLANS AND SCHEDULING ORDERS** |
| v. | |
| SECRETARY OF STATE FRANCISCO AGUILAR, *et al.*, | [ECF Nos. 60, 61] |
| Defendants. | |

Currently pending before the Court is Plaintiff United States of America's ("United States") and Defendant Secretary of State Francisco Aguilar's ("Secretary Aguilar") respective proposed discovery plan and scheduling orders. (ECF Nos. 60, 61.) There are two points the Court will address.

First, Secretary Aguilar asks the Court to grant oral argument on his pending motion to dismiss as well as the United States' pending motion to compel. (ECF No. 61.) However, the undersigned cannot rule on that issue because those are dispositive motions pending before the District Judge.

Second, regarding the proposed discovery plans, the Parties disagree about whether the Federal Rules of Civil Procedure apply to this case, and thus whether discovery is appropriate at all, since the United States filed this action pursuant to Title III of the Civil Rights Act. (*See* ECF Nos. 60, 61.) However, the Court need not reach that issue because the Parties do agree that no discovery is necessary until the pending dispositive motions are resolved. (ECF No. 60 at 2; 61 at 2-3.) The Court agrees that to the extent there will be discovery it should not commence until after the dispositive motions are resolved.

///

///

**IT IS THEREFORE ORDERED** that discovery in this case is hereby **STAYED** until the United States' motion to compel, (ECF No. 2), and Secretary Aguilar's motion to dismiss, (ECF No. 42), are resolved. If both motions are denied and this case proceeds, the Parties are ordered to submit a **joint** proposed discovery plan and scheduling order within 14 days of the District Judge's order.

**IT IS FURTHER ORDERED** that the United States' proposed discovery plan and scheduling order, (ECF No. 60), is **DENIED**.

**IT IS FURTHER ORDERED** that Secretary Aguilar's proposed discovery plan and scheduling order, (ECF No. 61), is **DENIED**.

**DATED**: _March 19, 2026_ .

_____
**UNITED STATES MAGISTRATE JUDGE**

2