HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ROBERT J. KEENAN
Acting Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

JONATHON P. HAUENSCHILD
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada

SUMMER ALLEGRA JOHNSON
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South
Ste. 1100
Las Vegas, NV 89101
summer.johnson@usdoj.gov
702-388-6336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

FRANCISCO V. AGUILAR, in his Official

Capacity as Secretary of State for the State of

Nevada

Defendant(s).

CASE NO: 3:25-CV-00728-ART-CLB

**OPPOSITION TO MOTION TO DISMISS FILED BY INTERVENORS JACQUELINE SUE BIRD, ET AL. (DKT. 66)**

///

///

///

1

Intervenor-Defendants Jacqueline Sue Bird, Institute for a Progressive Nevada, NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans raise the same issues in their Motions to Dismiss as they did in their proposed brief (See Dkt. 66 & 38). The United States filed a Consolidated Response (Dkt. 49) to both the Secretary's Motion and the above-mentioned Intervenor-Defendants. Because the United States addressed Intervenor-Defendants' arguments in its Response and Reply to the Response to the Motion to Compel (Dkt. 51), it respectfully refers the Court to those documents and incorporates, by reference, all the arguments made therein as applied to the Defendant-Intervenors' Motion.  The United States will file a Separate Response to the Motion to Dismiss filed by Intervenor-Defendants ACLU of Nevada and Yonas Woldus on or before the Court's April 10, 2026 deadline (Dkt. 68).

Respectfully submitted this 6th day of April, 2026.

| | |
|---|---|
| SIGAL CHATTAH<br>First Assistant United States Attorney<br>District of Nevada | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| SUMMER ALLEGRA JOHNSON<br>Assistant United States Attorney<br>District of Nevada | ROBERT J. KEENAN<br>Acting Deputy Assistant Attorney General<br>Civil Rights Division |
| | ERIC V. NEFF<br>Acting Chief<br>Voting Section, Civil Rights Division |
| | /s/  *Jonathon P. Hauenschild*<br>JONATHON P. HAUENSCHILD<br>Trial Attorney<br>Voting Section, Civil Rights Division<br>4 Constitution Square<br>150 M Street NE, Room 8.1134<br>Washington, D.C. 20002<br>Jonathon.Hauenschild@usdoj.gov<br>Tel. (202) 215-2110 |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2026, a true and correct copy of the foregoing document along with all attachments was served via the Court's ECF system to all counsels of record.

*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild
Trial Attorney
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov

3