David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants
NAACP Conference of Idaho, Nevada,
and Utah, Nevada Alliance for Retired
Americans, Institute for a Progressive
Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State,<br><br>Defendant. | Case No. 3:25-cv-00728-ART-CLB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING NAACP CONFERENCE OF IDAHO, NEVADA, AND UTAH, NEVADA ALLIANCE FOR RETIRED AMERICANS, INSTITUTE FOR A PROGRESSIVE NEVADA, AND JACQUELINE SUE BIRD'S MOTION TO DISMISS** |

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

Intervenors NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 66. Today, in DOJ's parallel suit against Secretary Galvin of the Commonwealth of Massachusetts, the court entered an Order dismissing DOJ's complaint on the ground that DOJ failed to state any basis for its demand as required by Title III of the CRA. *See* Order, *United States v. Galvin*, No. 1:25-cv-13816-LTS (D. Mass. Apr. 9, 2026), ECF No. 92 (attached hereto as Exhibit A).

Across the country, four courts have now dismissed DOJ's complaints in these matters; not one court has found DOJ to have stated a valid claim. The court's conclusion in *Galvin* reinforces the point that DOJ lacks a meaningful basis for investigating any of the 30 states (plus D.C.) that it has sued based on substantially identical allegations.

//

//

//

//

//

//

//

//

//

//

//

//

- 2 -

NOTICE OF SUPPLEMENTAL AUTHORITY

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

Dated: April 9, 2026

Respectfully submitted,

**BRAVO SCHRAGER LLP**


By: */s/ Bradley S. Schrager*


David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-017
F: (206) 656-0180

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com


*Attorneys for Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird*

*\*Admitted pro hac vice*

- 3 -

NOTICE OF SUPPLEMENTAL AUTHORITY

Elias Law Group LLP
Attorneys at Law
Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2026 a true and correct copy of Intervenors' Notice of Supplemental Authority was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By:   */s/ Dannielle Fresquez*
Dannielle Fresquez, an employee of
Bravo Schrager LLP

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

- 4 -

NOTICE OF SUPPLEMENTAL
AUTHORITY