David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
wmckusick@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants
NAACP Conference of Idaho, Nevada,
and Utah, Nevada Alliance for Retired
Americans, Institute for a Progressive
Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 3:25-cv-00728-ART-CLB |
| Plaintiff, | |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING NAACP CONFERENCE OF IDAHO, NEVADA, AND UTAH, NEVADA ALLIANCE FOR RETIRED AMERICANS, INSTITUTE FOR A PROGRESSIVE NEVADA, AND JACQUELINE SUE BIRD'S MOTION TO DISMISS** |
| FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State, | |
| Defendant. | |

NOTICE OF SUPPLEMENTAL
AUTHORITY

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

Intervenors NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 66. Today, in DOJ's parallel suit against Secretary Amore of the State of Rhode Island, the district court entered an Order dismissing DOJ's complaint on the grounds that DOJ failed to state a basis and sufficient purpose for its demand as required by Title III of the CRA. *See* Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Apr. 17, 2026), ECF No. 51 (attached hereto as Exhibit A); *see also* Intervenors' Mot. to Dismiss, ECF No. 66 at 7–13; Intervenors' Reply in Supp. of Mot. to Dismiss, ECF No. 54 at 5–9. The district court also rejected DOJ's request to "cure" the problems with its initial demand letter, explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A, at 13.

Five courts have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: April 17, 2026

Respectfully submitted,

**ELIAS LAW GROUP LLP**

By: */s/ David R. Fox*
_____

David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (IL Bar No. 6340483)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

NOTICE OF SUPPLEMENTAL AUTHORITY

Walker McKusick* (WA Bar No. 63205)
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-017
F: (206) 656-0180
wmckusick@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants
NAACP Conference of Idaho, Nevada, and
Utah, Nevada Alliance for Retired
Americans, Institute for a Progressive
Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice*

Elias Law Group
LLP
Attorneys at Law
Washington, DC

- 3 -

NOTICE OF SUPPLEMENTAL
AUTHORITY

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026 a true and correct copy of Intervenors' Notice of Supplemental Authority was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By:  */s/ David R. Fox*
David R. Fox

NOTICE OF SUPPLEMENTAL
AUTHORITY

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC