SADMIRA RAMIC, ESQ. (15984)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

*Application for admission pro hac vice granted*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada,<br><br>        Defendant. | Case No. 3:25-cv-728<br><br>**INTERVENORS-DEFENDANTS' ACLU OF NEVADA AND YONAS WOLDU MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES** |

Intervenor-Defendants ACLU of Nevada and Yonas Woldu hereby file this motion for leave to file supplemental authorities relevant to the Court's consideration of Intervenor-Defendants' pending motion to dismiss [ECF No. 68]. LR 7-2(g). The decision in the relevant case was published after Intervenor-Defendants' reply memorandum was filed on April 17, 2026. [ECF No. 74].

### MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to grant the motion. This lawsuit is one of thirty-one that the United States has filed against states and elections officials, demanding the production of states' full and unredacted voter files. On April 28, 2026, the District Court for the District of Arizona issued an opinion and order in *United States v. Fontes*, No. CV-26-66-PHX-SMB, 2026 WL 1145626, Dkt. 50 (D. Ariz. Apr. 28, 2026), denying the DOJ's motion to compel and dismissing its complaint seeking production of Arizona's statewide voter registration list. That order is attached as Exhibit 1.

*Fontes* first held that "in accord with *United States v. Powell*, . . . the Federal Rules of Civil Procedure appl[y]"—and therefore the DOJ's Complaint had to survive scrutiny under Rule 12(b). *Id.* at 2. The Complaint did not do so, because it sought records outside the scope of the CRA. *Id.* at 5. *Fontes* reasoned that because a state's voter registration list is not a record that "comes into [the state's] possession," 52 U.S.C. § 20701, it is not subject to the CRA's disclosure obligation. Ex. 1 at 12. The *Fontes* court therefore dismissed the Complaint with prejudice "because amendment would be legally futile." *Id*.

*Fontes* joins the growing body of authority that has universally rejected the DOJ's attempts to compel production of state voter registration lists. Every single court to issue a decision thus far in the DOJ's cookie-cutter lawsuits seeking states' unredacted voter files on near-identical grounds has dismissed these cases. *See id.*; *United States v. Amore*, No. 25-CV-00639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United States v. Galvin*, No. 25-13816-LTS, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Oregon*, No. 6:25-cv-01666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026); *United States v. Weber*, No. 2:25-cv-09149-DOC-ADS, 2026 WL

118807 (C.D. Cal. Jan. 15, 2026); *United States v. Benson*, No. 1:25-cv-01148-HYJ-PJG, 2026 WL 362789 (W.D. Mich. Feb. 10, 2026).

   Proposed Intervenors attach the *Fontes* order as Exhibit 1.

Dated: April 29, 2026.

                                    **AMERICAN CIVIL LIBERTIES UNION OF NEVADA**


                                    */s/ Sadmira Ramic*
                                    SADMIRA RAMIC (15984)
                                    CHRISTOPHER M. PETERSON (13932)
                                    4362 W. Cheyenne Ave.
                                    North Las Vegas, NV 89032
                                    Telephone: (702) 366-1226
                                    Facsimile: (702) 718-3213
                                    Emails: ramic@aclunv.org
                                            peterson@aclunv.org

                                    JONATHAN TOPAZ*
                                    New York Bar No. 5671151
                                    WILL HUGHES*
                                    New York Bar No. 5867346
                                    THERESA J. LEE*
                                    New York Bar No. 5022769
                                    SOPHIA LIN LAKIN*
                                    New York Bar No. 5182076
                                    **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
                                    125 Broad Street, 18th Floor
                                    New York, NY 10004
                                    Telephone: (212) 549-2500
                                    Emails: jtopaz@aclu.org
                                    whughes@aclu.org
                                    tlee@aclu.org
                                    slakin@aclu.org

                                    **Application for admission pro hac vice granted*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES OF INTERVENOR-DEFENDANTS ACLU OF NEVADA AND YONAS WOLDU** with the Clerk of the Court for the United States District Court of Nevada by using the court's CM/ECF system on April 29, 2026. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒    CM/ECF

☐    Electronic mail; or

☐    US Mail or Carrier Service

/s/ Suzanne Lara
ACLU of Nevada Employee