David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (DC Bar No. 90041368)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 968-4490
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
wmckusick@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants
NAACP Conference of Idaho, Nevada,
and Utah, Nevada Alliance for Retired
Americans, Institute for a Progressive
Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 3:25-cv-00728-ART-CLB |
| Plaintiff, | |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING NAACP CONFERENCE OF IDAHO, NEVADA, AND UTAH, NEVADA ALLIANCE FOR RETIRED AMERICANS, INSTITUTE FOR A PROGRESSIVE NEVADA, AND JACQUELINE SUE BIRD'S MOTION TO DISMISS** |
| FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State, | |
| Defendant. | |

- 1 -

NOTICE OF SUPPLEMENTAL
AUTHORITY

Intervenors NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird respectfully provide the Court notice of supplemental authority supporting Intervenors' pending Motion to Dismiss. *See* ECF No. 66.

On Tuesday, April 28, the Ninth Circuit decided *Public Interest Legal Foundation, Inc v. Nago*, No. 24-6629, 2026 WL 1144703 (9th Cir. Apr. 28, 2026). *Nago* rejects a private organization's request under the National Voter Registration Act (NVRA) for Hawaii to provide the same data—a statewide voter list—that the Department of Justice demands from Nevada under the Civil Rights Act (CRA) in this case. *Nago* is not directly applicable to this case, because DOJ did not bring an NVRA claim here. But much of *Nago*'s rationale is applicable to the CRA, as well, and *Nago* therefore confirms that DOJ is not entitled to the relief it seeks in this case.

In particular, *Nago* holds that statewide voter lists are not themselves "records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists" and therefore need not be produced under the NVRA. *Nago*, 2026 WL 1144703, at *11. *Nago* explains that this conclusion follows from the superfluity canon and a focus on the precise wording of the statute. *Id.* at *12. *Nago* further explains that that the NVRA's requirement that States maintain covered records for two years is inconsistent with treating voter lists as covered records, because they "constantly evolve," making it "unworkable and implausible" for states to preserve each iteration. *Id.* at *13. And *Nago* holds that "[e]ffective oversight" of States' NVRA obligations "does not require disclosure of every registrant's personal information." *Id.* at *15.

These holdings reinforce Intervenors' arguments that the Court must apply the precise wording of the disclosure provisions of the CRA, which do not entitle DOJ to demand a complete, unredacted voter list to assess Nevada's NVRA compliance—particularly given the Ninth Circuit's holding that such production is unnecessary to NVRA oversight. *See* ECF No. 66 at 8–9, 12–13. And the Ninth Circuit's reasoning regarding the evolving nature of voter lists applies even more strongly in the context of the CRA, which expressly requires covered records to be retained and

NOTICE OF SUPPLEMENTAL
AUTHORITY

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

preserved for 22 months, and imposes criminal liability for failing to preserve or willfully altering a covered record. 52 U.S.C. §§ 20701, 20702.

Dated: May 1, 2026

Respectfully submitted,

**BRAVO SCHRAGER LLP**

By: */s/ Bradley S. Schrager*

 David R. Fox (NV Bar No. 16536)
 Julianna D. Astarita* (DC Bar No. 90041368)
 **Elias Law Group LLP**
 250 Massachusetts Ave NW, Suite 400
 Washington, DC 20001
 (202) 968-4490
 dfox@elias.law
 jastarita@elias.law

 Walker McKusick* (WA Bar No. 63205)
 **Elias Law Group LLP**
 1700 Seventh Avenue, Suite 2100
 Seattle, WA 98101
 T: (206) 656-017
 F: (206) 656-0180
 wmckusick@elias.law

 Bradley S. Schrager (NV Bar No. 10217)
 Daniel Bravo (NV Bar No. 13078)
 **Bravo Schrager LLP**
 6675 South Tenaya Way, Suite 200
 Las Vegas, NV 89113
 (702) 996-1724
 bradley@bravoschrager.com
 daniel@bravoschrager.com

 *Attorneys for Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird*

 *Admitted pro hac vice*

NOTICE OF SUPPLEMENTAL AUTHORITY

ELIAS LAW GROUP LLP
ATTORNEYS AT LAW
WASHINGTON, DC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of May, 2026 a true and correct copy of Intervenors' Notice of Supplemental Authority was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By:   */s/ Dannielle Fresquez*

Dannielle Fresquez, an employee of
Bravo Schrager LLP

ELIAS LAW GROUP LLP
ATTORNEYS AT LAW
WASHINGTON, DC

- 4 -

NOTICE OF SUPPLEMENTAL
AUTHORITY