SADMIRA RAMIC, ESQ. (15984)
CHRISTOPHER M. PETERSON, ESQ. (13932)
AMERICAN CIVIL LIBERTIES
UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

* *application for admission pro hac vice granted*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 3:25-cv-728 |
|---|---|
| Plaintiff, | |
| v. | **INTERVENORS-DEFENDANTS' THE ACLU OF NEVADA AND YONAS WOLDU RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |
| FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada, | |
| Defendant. | |

Intervenor-Defendants the ACLU of Nevada and Yonas Woldu hereby file this response to Plaintiff's motion for leave to file supplemental authority [ECF No. 80]. LR 7-2(g).

Unable to find an actual court that agrees with them, lawyers from the Department of Justice cite a non-binding memorandum opinion from other lawyers at the Department of Justice claiming that the Department of Justice's legal arguments are correct. Even before the Supreme Court curtailed deference to federal agencies' legal interpretations, *see Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), it recognized that "[i]nterpretations such as those in opinion letters . . . which lack the force of law [] do not warrant *Chevron*-style deference," *Christensen v. Harris Cnty.*, 529 U.S. 576, 587 (2000). This memorandum opinion—which was not written contemporaneously but instead only *after* six federal courts dismissed Plaintiff's cookie-cutter lawsuits seeking states' unredacted voter files—amounts to nothing more than a self-serving and unauthorized surreply for which Plaintiff has not sought or been granted leave to file. Indeed, the memorandum opinion essentially takes the form of a response brief, for example referring to "counterargument[s] we have seen" and then citing to motions filed by state defendants contesting Plaintiff's demand for their unredacted voter file. ECF No. 80-1 at 23 & n.22. The memorandum opinion states that its purpose is to "provide our best view of the law as to the Executive Branch," *id.* at 10 n.12; it is hard to understand how this is different from what Plaintiff's counsel has already done in this case.

The memorandum opinion offers nothing beyond a rehashing of arguments rejected by courts around the country. In arguing that Title III's basis and purpose requirements are not distinct, for example, the memorandum cites law review articles and unrelated judicial opinions, rather than the many courts that have recently and directly addressed this argument and held otherwise. *See id.* at 22–23. This Court can safely ignore this self-serving memorandum written by Plaintiff's counsel's colleagues that raises no new arguments and has no force of law.

Dated: May 17, 2026.

AMERICAN CIVIL LIBERTIES
UNION OF NEVADA

SADMIRA RAMIC (15984)
CHRISTOPHER M. PETERSON (13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
        peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

* application for admission pro hac vice granted

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **INTERVENORS-DEFENDANTS' THE ACLU OF NEVADA AND YONAS WOLDU RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** with the Clerk of the Court for the United States District Court of Nevada by using the court's CM/ECF system on May 17, 2026. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒   CM/ECF

☐   Electronic mail; or

☐   US Mail or Carrier Service

_____
ACLU of Nevada Employee