HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

JONATHON P. HAUENSCHILD
Trial Attorney, Voting Section
Civil Rights Division

U.S. Department of Justice
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada

SUMMER ALLEGRA JOHNSON
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South
Ste. 1100
Las Vegas, NV 89101
summer.johnson@usdoj.gov
702-388-6336

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada<br><br>Defendant(s). | CASE NO:<br><br>3:25-cv-00728-ART-CLB<br><br>**UNITED STATES RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES BY INTERVENOR-DEFENDANTS THE ACLU OF NEVADA AND YONAS WOLDU (DKT. NO. 84)** |

1

The United States takes no position on Intervenor-Defendants' motion for leave (Dkt. No. 84). To the extent the Court permits the filing, the United States files the following response:

In *United States v. Bellows*, No. 1:25-cv-0468, 2026 WL 1430481, at *7 (D. Me. May 21, 2026), and *United States v. Wisconsin Elections Comm'n* (*WEC*), No. 25-cv-1036, 2026 WL 1430354, at *4 (W.D. Wis. May 21, 2026), district courts ruled that statewide voter registration lists (SVRLs) are not records that come into the possession of election officers because SVRLs are state-created. For the reasons the United States has briefed extensively, these courts incorrectly limited the phrase "come into his possession" to exclude self-generated documents. 52 U.S.C. § 20701; *see* Dkt. No. 51 at 17-19. The *WEC* court further conflated the United States' arguments about the moment "an election official [first] gains possession of the records" with the statute's limit on how long the duty to retain and preserve lasts. 2026 WL 1430354, at *4.

The *Bellows* court further held that Title III of the Civil Rights Act cannot be used to enforce the NVRA and HAVA. 2026 WL 1430481, at *8. The court admitted that "Title III does not expressly limit the acceptable purposes for which the Attorney General can request documents." *Id.* at *7. But "[t]o determine whether the Attorney General's purpose [wa]s sufficient, [the court] start[ed] not with Title III, but with the text and structure of HAVA and the NVRA." *Id.* The NVRA and HAVA did not purport to abrogate Title III, and the court was wrong to use the silence of these later-enacted statutes to superimpose an extratextual limitation on Title III's requirements. *Cf.* Dkt. No. 51 at 13-14; *Epic Sys. Corp. v. Lewis*, 584 U.S. 497, 502 (2018) ("It is this Court's duty to interpret Congress's statutes as a harmonious whole rather than at war with one another").

Finally, the *WEC* court erred in finding "tension" between the "retain and preserve" requirement of 52 U.S.C. § 20701 and the fact that SVRLs are continuously updated. 2026 WL 1430354, at *5. Proper retention and preservation includes legally required updates; the statute mandates protection of records, not stagnancy. *See* Dkt. No. 51 at 19-22; *Voter Reference Found., LLC v. Torrez,* 160 F.4th 1068, 1085 (10th Cir. 2025) (interpreting "maintain" under the NVRA).

///

[Signatures Next Page]

///

Dated this 1st day of June, 2026


SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada

SUMMER ALLEGRA JOHNSON
Assistant United States Attorney
District of Nevada

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief
Voting Section, Civil Rights Division


/s/  *Jonathon P. Hauenschild*
JONATHON P. HAUENSCHILD
Trial Attorney
Voting Section, Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 1, 2026, a true and correct copy of the foregoing document along with all attachments was served via the Court's ECF system to all counsels of record.


*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild