SADMIRA RAMIC, ESQ. (15984)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

* *application for admission pro hac vice granted*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:25-cv-728 |
| v. | **INTERVENORS-DEFENDANTS' THE ACLU OF NEVADA AND YONAS WOLDU MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES** |
| FRANCISCO V. AGUILAR, in his Official Capacity as Secretary of State for the State of Nevada, | |
| Defendant. | |

Intervenor-Defendants the ACLU of Nevada and Yonas Woldu hereby file this motion for leave to file supplemental authorities relevant to the Court's consideration of Intervenor-Defendants' pending motion to dismiss [ECF No. 68]. LR 7-2(g). The decision in the relevant case was published after Intervenor-Defendants' reply memorandum was filed on April 17, 2026. [ECF No. 74].

### MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to grant the motion. This lawsuit is one of thirty-one that the United States has filed against states and elections officials, demanding the production of states' full and unredacted voter files. On June 24, 2026, the United States Court of Appeals for the Sixth Circuit issued an opinion and order in *United States v. Benson*, No. 26-1225, attached as Exhibit 1. The order affirmed the District Court for the Western District of Michigan's decision to deny the DOJ's attempt to compel production of Michigan's statewide voter file and to dismiss the United States' complaint, which is meaningfully identical to the Complaint in this case. *Benson* marks the first federal appellate court decision assessing the United States' improper attempts to seize statewide voter files, and it agreed with the nine District Courts to dismiss these cases—with none going the other way. *See* Ex. 1; *United States v. DeMarinis*, No. SAG-25-3934, 2026 WL 1780586 (D. Md. June 18, 2026); *United States v. Wis. Elections Comm'n*, No. 25-cv-1036-jdp, 2026 WL 1430354 (W.D. Wis. May 21, 2026); *United States v. Bellows*, No. 1:25-cv-468-LEW, 2026 WL 1430481 (D. Me. May 21, 2026); *United States v. Fontes*, No. CV-26-66-PHX-SMB, 2026 WL 1177244 (D. Ariz. Apr. 28, 2026); *United States v. Amore*, No. 25-CV-639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026); *United States v. Galvin*, No. 25-13816-LTS, 2026 WL 972129 (D. Mass. Apr. 9, 2026); *United States v. Benson*, 819 F. Supp. 3d 753 (W.D. Mich. Feb. 10, 2026); *United States v. Oregon*, No. 6:25-cv-1666-MTK, 2026 WL 318402 (D. Or. Feb. 5, 2026); *United States*

*v. Weber*, 816 F. Supp. 3d 1168 (C.D. Cal. 2026).

*First*, the Sixth Circuit held that Michigan's voter file is not a record subject to Title III because it "did not 'come into [Michigan's] possession' as that term is ordinarily understood." Ex. 1 at 9. The court looked at the statutory text, as well as dictionary definitions from around the time that Title III was passed, to determine that Title III covers records that a state "obtain[s] … from third parties," rather than records that state officials "created [] themselves." *Id.* The court found that because the state created the voter file, it is not a record that came into its possession.

*Second*, the court found that the United States' demand was subject to judicial review, rejecting Plaintiff's reliance "on 60-year-old out-of-circuit caselaw such as *Kennedy v. Lynd*, 306 F.2d 222 (5th Cir. 1962)," and instead pointing to "subsequent binding precedent from the Supreme Court . . . [that] carves out a role for the courts in reviewing civil investigative demands like the government's." *Id.* at 15 n.2 (citing *United States v. Powell*, 379 U.S. 38 (1964)).

*Third*, the court held that dismissal was separately warranted because the DOJ "did not comply with its mandatory statutory obligation to submit a demand to [Michigan] containing a statement of both the basis and purpose of its request." *Id.* at 16. The court noted that Title III's use of the word "shall" "creates an obligation impervious to judicial discretion." *Id.* at 15 (quoting *Smith v. Spizzirri*, 601 U.S. 472, 476 (2024)). And it rejected any argument that Title III's mention of "the basis" and "the purpose" were somehow the same requirement, finding that "any demand must contain both." *Id.*

*Benson* provides further support for denying the DOJ's motion to compel and dismissing the Complaint.

Dated: June 24, 2026.

**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**

*/s/ Sadmira Ramic*
SADMIRA RAMIC (15984)
CHRISTOPHER M. PETERSON (13932)
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
          peterson@aclunv.org

JONATHAN TOPAZ*
New York Bar No. 5671151
WILL HUGHES*
New York Bar No. 5867346
THERESA J. LEE*
New York Bar No. 5022769
SOPHIA LIN LAKIN*
New York Bar No. 5182076
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Emails: jtopaz@aclu.org
whughes@aclu.org
tlee@aclu.org
slakin@aclu.org

* *application for admission pro hac vice granted*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **INTERVENOR-DEFENDANTS' THE ACLU OF NEVADA AND YONAS WOLDU MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES** with the Clerk of the Court for the United States District Court of Nevada by using the court's CM/ECF system on June 24, 2026. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished on all participants by:

☒    CM/ECF

☐    Electronic mail; or

☐    US Mail or Carrier Service

*/s/ Suzanne Lara*
ACLU of Nevada Employee