David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (DC Bar No. 90041368)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180
wmckusick@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants
NAACP Conference of Idaho, Nevada,
and Utah, Nevada Alliance for Retired
Americans, Institute for a Progressive
Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 3:25-cv-00728-ART-CLB |
| Plaintiff, | |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING NAACP CONFERENCE OF IDAHO, NEVADA, AND UTAH, NEVADA ALLIANCE FOR RETIRED AMERICANS, INSTITUTE FOR A PROGRESSIVE NEVADA, AND JACQUELINE SUE BIRD'S MOTION TO DISMISS** |
| FRANCISCO AGUILAR, in his official capacity as Nevada Secretary of State, | |
| Defendant. | |

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

NOTICE OF SUPPLEMENTAL
AUTHORITY

Intervenors NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird respectfully provide the Court notice of supplemental authority supporting their pending Motion to Dismiss. *See* ECF No. 66.

Two more federal district courts have dismissed DOJ's parallel suits seeking Pennsylvania's and New Hampshire's unredacted statewide voter registration lists ("SVRL"). *See United States v. Schmidt*, No. 2:25-cv-01481-CB, --- F. Supp. 3d ---, 2026 WL 1850016 (W.D. Pa. June 27, 2026); *United States v. Scanlan*, No. 25-cv-371-JL, 2026 WL 1864054 (D.N.H. June 29, 2026).

Both courts concluded, like the Sixth Circuit in *United States v. Benson*, --- F.4th ---, 2026 WL 1815425 (6th Cir. June 24, 2026), that unredacted voter files are not records subject to production under Title III of the Civil Rights Act. *Schmidt*, 2026 WL 1850016, at *2; *Scanlan*, 2026 WL 1864054 at *4. In support of that conclusion, the district court in *Schmidt* observed that Section 20702 of Title III makes it a crime to "alter[]" or "destroy[]" records subject to production under Title III. 2026 WL 1850016, at *2. Because the NVRA and HAVA require "additions, subtractions, and revisions" to SVRLs, the court held that "the government's reading does violence to Section 20702," and concluded that SVRLs therefore could not be records subject to production under Title III. *Id.* Likewise, the district court in *Scanlan* held that an SVRL does not "come into . . . possession" of state officials because it is a document that officials create, rather than receive, and that to "[r]ead[] § 20701 to encompass [the SVRL] would effectively require election officials to simultaneously preserve and modify the same record by creating a new, static version of the database with every single edit," which would be impracticable. *Scanlan*, 2026 WL 1864054, at *5.

Both courts also concluded that the government's demand did not contain an appropriate "statement of the basis and purpose therefor[]," as required by Title III. *Schmidt*, 2026 WL1850016, at *2 (quoting *Benson*, 2026 WL 1815425, at *8); *see also Scanlan*, 2026 WL 1864054 at *6–7. The same is true here. *See* ECF No. 66 at 7–13.

NOTICE OF SUPPLEMENTAL AUTHORITY

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

Eleven federal district courts and one court of appeals have now dismissed DOJ's complaints in these matters, whereas not one has found it to have stated a valid claim.

Dated: June 30, 2026

Respectfully submitted,

**BRAVO SCHRAGER LLP**

By: /s/ Bradley S. Schrager

David R. Fox (NV Bar No. 16536)
Julianna D. Astarita* (DC Bar No. 90041368)
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
(202) 948-1135
dfox@elias.law
jastarita@elias.law

Walker McKusick* (WA Bar No. 63205)
**Elias Law Group LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-017
F: (206) 656-0180
wmckusick@elias.law

Bradley S. Schrager (NV Bar No. 10217)
Daniel Bravo (NV Bar No. 13078)
**Bravo Schrager LLP**
6675 South Tenaya Way, Suite 200
Las Vegas, NV 89113
(702) 996-1724
bradley@bravoschrager.com
daniel@bravoschrager.com

*Attorneys for Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, Nevada Alliance for Retired Americans, Institute for a Progressive Nevada, and Jacqueline Sue Bird*

*Admitted pro hac vice

- 3 -

NOTICE OF SUPPLEMENTAL AUTHORITY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026 a true and correct copy of Intervenors' Notice of Supplemental Authority was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Dannielle Fresquez*
Dannielle Fresquez, an employee of
Bravo Schrager LLP

ELIAS LAW GROUP
LLP
ATTORNEYS AT LAW
WASHINGTON, DC

- 4 -

NOTICE OF SUPPLEMENTAL
AUTHORITY