HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC A. SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

JAMES THOMAS TUCKER
JONATHON P. HAUENSCHILD
Trial Attorneys, Voting Section
Civil Rights Division

U.S. Department of Justice
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
James.T.Tucker@usdoj.gov
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 307-2767

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO V. AGUILAR, in his official capacity as Secretary of State for the State of Nevada,

Defendant.

CASE NO: 3:25-cv-00728-ART-CLB

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order denying the United States' Motion to Compel and granting the Motions to Dismiss by Defendant Aguilar, Intervenor-Defendants NAACP Conference of Idaho, Nevada, and Utah, et al., and Intervenor-Defendants ACLU of Nevada, et al. (ECF 93) and judgment (ECF 94) entered in this action on August 14, 2026.

Dated: August 18, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC A. SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section

/s/ James Thomas Tucker
JAMES THOMAS TUCKER
JONATHON P. HAUENSCHILD
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Seventh Floor
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, a true and correct copy of the foregoing document with all attachments was served via the Court's ECF system to all counsels of record.

*/s/ James Thomas Tucker*
James Thomas Tucker