**From:** ACMS@ca9.fedcourts.us
**Sent:** Thursday, August 20, 2026 12:08 PM
**To:** NVD Docket
**Subject:** United States of America v. Aguilar, et al. 26-5375 - 001 - Appeal Opened

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**CAUTION - EXTERNAL:**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 08/20/2026 12:06:07 PM PDT and filed on 08/20/2026

**Case Name:** United States of America v. Aguilar, et al.

**Case Number:** 26-5375

**Docket Text:**

**CASE OPENED.** A copy of your notice of appeal / petition filed in 3:25-cv-00728-ART-CLB has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.
The U.S. Court of Appeals docket number **26-5375** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes.
**Resources Available**
For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for attorneys and pro se litigants) and review the Appellate Practice Guide.
Attorneys should consider contacting the court's Appellate Mentoring Program for help with the brief and argument. [Entered: 08/20/2026 12:06 PM]

**Notice will be electronically mailed to:**

Harmeet K. Dhillon ; CRT.OAAG@usdoj.gov
Mr. Eric Neff ; eric.neff@usdoj.gov
Andrew Braniff ; andrew.braniff@usdoj.gov, pamela.l.marshall@usdoj.gov, patrice.newsome@usdoj.gov
James Thomas Tucker ; james.t.tucker@usdoj.gov
Jonathon Hauenschild ; jonathon.hauenschild@usdoj.gov
Miss Emily Espinosa DE Los Monteros ; edespinosa@ag.nv.gov
Mr. Gregory Ott ; sgeyer@ag.nv.gov, gott@ag.nv.gov, mcryer@ag.nv.gov
Miss Sadmira Ramic Esquire; legaladmin@aclunv.org, legaladmin@aclunv.org, ramic@aclunv.org, ramic@aclunv.org
Theresa J. Lee ; tlee@aclu.org
Sophia Lin Lakin ; mgaryantes@aclu.org, sophia-lin-lakin-6443@ecf.pacerpro.com, slakin@aclu.org
Bradley Scott Schrager Esquire; dannielle@bravoschrager.com, bradley@bravoschrager.com, info@bravoschrager.com
David Robert Fox ; david-fox-0274@ecf.pacerpro.com, dfox@elias.law
Mr. Walker Roy McKusick ; wmckusick@elias.law
Clerk USDC Reno ; nvd_docket@nvd.uscourts.gov

**Case participants listed below will not receive this electronic notice:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.